■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT FOUNTAIN, Appellant. [4 NYS3d 542]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 23, 2013 (*People v Fountain*, 102 AD3d 887 [2013]), affirming a judgment of the Supreme Court, Queens County, rendered October 14, 2010.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Balkin, J.P., Austin, Sgroi and Duffy, JJ., concur.